# IN THE SUPREME COURT OF THE STATE OF NEVADA

T4 CONSTRUCTION LLC, A NEVADA LIMITED LIABILITY COMPANY,
                            Appellant,
vs.
ROSE TUMMARELLO, AN INDIVIDUAL; BLACK & BLUE DINER #4, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND THE ERNEST A. BECKER III AND MARY ELIZABETH BECKER FAMILY TRUST, C/O BECKER ENTERPRISES, L.L.C., A NEVADA LIMITED LIABILITY COMPANY,
                            Respondents.

No. 82511

FILED

JUL 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order purportedly certified as final under NRCP 54(b). Eighth Judicial District Court, Clark County; David M. Jones, Judge.

In response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction, appellant filed a stipulation to dismiss the appeal. The stipulation is approved, and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. David M. Jones, District Judge
William C. Turner, Settlement Judge
Kung & Brown
Howard & Howard Attorneys PLLC
Jeffrey R. Albregts, LLC
Eighth District Court Clerk